Opinion
issued August 11, 2011.

 

 



 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01B10B00152BCV

 



 

MARY HALEY, Appellant

 

V.

 

VILLAGE OF SURFSIDE BEACH, Appellee

 



 

On Appeal from the 239th
District Court

 Brazoria County, Texas

Trial Court Cause No.
50562 

 



 

MEMORANDUM
OPINION








Appellant Mary Haley has failed to timely
file a brief.  See Tex. R. App. P. 38.8(a) (failure of
appellant to file brief).  After being
notified that this appeal was subject to dismissal, appellant did not
respond.  

We dismiss the appeal for want of prosecution
for failure to timely file a brief. See Tex. R. App. P. 42.3(b) (allowing involuntary dismissal of
case).

 We
dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Chief Justice Radack and Justices Sharp and Brown.